IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

**MOTION FOR LEAVE OF ABSENCE**

NOW COMES Benjamin H. Brewton, pursuant to the Local Rules of Court, and requests a leave of absence to accommodate family vacations and legal meetings and conferences as follows: October 2, 2009 through and including October 5, 2009; October 8, 2009 through and including October 12, 2009; October 15 and 16, 2009; November 5 and 6, 2009 and November 24, 2009.

Listed below are the names of the cases that are currently pending in the Court. The foregoing will be served upon all interested parties in accordance with ECF rules by electronically filing same with the Clerk of Court using the CM/ECF system.

Civil Number:  1:08-cv-030

Case Name:  Michael Terrill, et al. v. Electrolux

This 10th day of September, 2009.

S/BENJAMIN H. BREWTON
STATE BAR NO. 002530
ATTORNEY FOR DEFENDANT
TUCKER, EVERITT, LONG, BREWTON & LANIER
P. O. BOX 2426
AUGUSTA, GEORGIA 30903
Telephone: (706) 722-0771
Fax: (706)-722-7028
E-mail:  bbrewton@thefirm453.com