IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| MICHAEL TERRILL, ROBERT BROWN, MICHAEL VOLGER, PALECIA BOYD, and DENISE PACK, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., d/b/a FRIGIDAIRE®<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. CV108-030<br>)<br>)<br>)<br>)<br>) |

## **PLAINTIFFS' CONSENT MOTION TO FILE DOCUMENTS UNDER SEAL**

    Pursuant to Local Rule 79.7, Plaintiffs respectfully move this Court for an Order allowing Plaintiffs' Motion and Memorandum of Law in Support of Motion for Class Certification and the Declaration of Mark J. Tamblyn in support of the motion to be filed under seal. The request to seal these documents is made because the documents contain information that has been designated "Confidential" by the Defendant pursuant to the Stipulated Protective Order Governing Confidential Information that was entered by the Court on September 9, 2009 (Dkt. 55). Accordingly, in accordance with paragraph 8 of the order, Plaintiffs move to file the documents under seal.

    Counsel for the Defendant consent to the relief requested in this motion.

    WHEREFORE, Plaintiffs respectfully request that the motion to file the documents under seal be granted.

Respectfully submitted on this the 9th day of December, 2009.

/s/ Lee W. Brigham
Lee W. Brigham
State Bar No. 081698
Bell & Brigham
Post Office Box 1547
Augusta, Georgia 30903
706-722-2014
lee@bellbrigham.com

Mark J. Tamblyn (*pro hac vice*)
Ian J. Barlow (*pro hac vice*)
WEXLER TORISEVA WALLACE LLP
1610 Arden Way, Suite 290
Sacramento, California 95815
mjt@wtwlaw.com
916-568-1100

Kenneth A. Wexler (*pro hac vice*)
WEXLER TORISEVA WALLACE LLP
West Monroe Street, Suite 3300
Chicago, Illinois 60603
312-346-2222
kaw@wtwlaw.com

Charles M. McCallum (*pro hac vice*)
R. Brent Irby (*pro hac vice*)
McCALLUM, HOAGLUND COOK & IRBY, LLP
905 Montgomery Highway, Suite 202
Vestavia Hills, Alabama 35216
205-824-7767

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2009, I electronically filed the foregoing motion with the Court's electronic filing system which will serve a copy of the pleading upon opposing counsel as follows:

Benjamin H. Brewton
TUCKER, EVERITT, LONG, BREWTON & LANIER
P.O. Box 2426
Augusta, Georgia  30903
bbrewton@thefirm453.com

John H. Beisner
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
john.beisner@skadden.com

J. Russell Jackson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
russell.jackson@skadden.com

/s/ Lee W. Brigham
Lee W. Brigham
Attorney for Plaintiffs