IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

MICHAEL TERRILL, ROBERT BROWN, )
MICHAEL VOLGER, PALECIA BOYD, )
and DENISE PACK, on behalf of )
themselves and all others similarly )
situated, )
)
               Plaintiffs, )
)
v. )   CASE NO. CV108-030
)
ELECTROLUX HOME PRODUCTS, )
INC., d/b/a FRIGIDAIRE® )
)
               Defendant. )

## ORDER GRANTING PLAINTIFFS' CONSENT MOTION TO FILE DOCUMENTS UNDER SEAL

Having read and considered Plaintiffs' consent motion to file documents under seal, and it appearing that good cause exists for the relief requested and that the parties consent to the filing of the documents under seal, the motion is hereby GRANTED.

SO ORDERED on this the 10 day of December, 2009.

_____
HON. LISA G. WOOD
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA