# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

---

MICHAEL TERRILL, ROBERT BROWN, )
MICHAEL VOGLER, PALECIA BOYD, )
AND DENISE PACK on behalf of )
themselves and all others similarly situated, )
                                                )   CASE NO: CV108-030
    Plaintiffs, )
                                                )   **DECLARATION OF**
v.                                      )   **MICHAEL C. BURNS, Ph.D.**

ELECTROLUX HOME PRODUCTS, INC. )
d/b/a FRIGIDAIRE®, )
    Defendant. )

---

I, Michael C. Burns, Ph.D., declare as follows:

1.    I am over 21 years old, of sound mind, and competent to testify. Except as otherwise stated, I have personal knowledge of the facts stated in this declaration. If called as a witness, I could testify to each of them.

## QUALIFICATIONS

2.    I am a Ph.D. in Microbiology. I am currently employed by Benchmark Environmental Labs, Inc. in Columbus, Ohio. Among other things, Benchmark specializes in bacterial and fungal testing and analysis in a wide array of settings, including consumer products. I have personally been involved in the study of fungal contaminations since 1967. Identifications of clinical, food, and environmental samples have been a part of my continuing study of fungi. The growth requirements, biochemical reactions, and speciation of fungi have been a major part of my work experience. I have achieved a rating of Specialist Microbiologist

in the American Society of Microbiology with a competency in mycology (fungi). A copy of my Curriculum Vitae is attached hereto as Exhibit A.

## INTRODUCTION

3.  Mold and mildew require food, moisture, and a hospitable temperature to grow. Whether a front-loading washing machine provides a hospitable environment for the growth of mold and mildew is a function of a number of factors, including the environment in which the machine is placed, how the machine is used, and how the machine is maintained. Thus, whether a consumer experiences mold, mildew or odor in using a front-loading washing machine is dependent on his individual actions regarding the machine.

4.  If one removes the moisture and substances that can feed the mold, the environment becomes much less hospitable for the growth of mildew-causing molds.

## BACKGROUND REGARDING MILDEW-CAUSING MOLD

5.  Mildew-causing molds require: (1) moisture at a high humidity level, (2) room temperature conditions of approximately $20° - 25°$ C ($68° - 77°$ F), and (3) a substrate of organic materials. These organic materials act as food for mold to grow and may be of human, animal, or plant origin.

6.  The molds associated with the production of mildew and odors are common contaminants found in air, soil, water, and animal products. The contaminating molds can grow and proliferate in any area of high humidity, room temperature and available substrate. Some of these mold contaminants belong to the genera, Penicillium, Cladosporium, Fusarium, Curvularia, and Verticillium.

## GEOGRAPHIC LOCATION AND MACHINE PLACEMENT CAN AFFECT MOLD GROWTH

7. Some areas of the country provide a more temperate climate for mildew-causing molds than others. Mildew-causing molds are more common in areas with high humidity, such as Louisiana, than in areas with lower humidity, such as Arizona. Thus, the part of the country in which a washing machine owner resides may have some effect on whether mold develops in his washer.

8. Placing the washing machine in an environment that otherwise promotes mold growth can also increase the likelihood of experiencing mildew-causing mold. For example, placing the washer in a damp basement, a wash room, or a garage may facilitate the growth of mildew-causing mold. Similarly, placing the machine anywhere that already has mold growing – such as a basement that has experienced water intrusion – can facilitate the growth of mildew-causing mold.

## HOW ONE USES THE MACHINE CAN AFFECT MOLD GROWTH

9. How one uses the washer can significantly affect whether the environment is hospitable for mildew-causing mold. For example, obviously, doing a load of laundry and leaving it in the machine for two days can promote mildew growth. Other differences in the way consumers use the machine can have less obvious, but significant effects on the environment for mold growth.

10. For example, as I mentioned before, mold needs a substrate (or "food") to grow. Some soaps, detergents, and fabric softeners will provide a substrate (carbon and energy source) through animal fat, plant compounds, and other organic materials that can promote the growth of mildew-causing molds. If these materials are allowed to build up in the machine, they can provide a hospitable environment for mold growth. Of course, consumers who avoid laundry

products that include such animal fats and organic materials will be less likely to develop a substrate that can fuel mold growth.

11. Moreover, some components of laundry products – such as bleach and chlorine – actually kill mildew-causing molds. They may also remove animal fats or other organic materials that act as food for mold growth. Accordingly, consumers who use bleach and chlorine compounds regularly, reduce the likelihood of experiencing mildew-causing molds.

12. The same is true for hot water. It acts to kill mildew and odor-causing molds, as well as remove substrate that can act as food for mold growth. Thus, consumers who regularly use hot water in their laundry cycles are less likely to experience the growth of mildew-causing molds in their washers.

## MACHINE MAINTENANCE CAN AFFECT MOLD GROWTH

13. Even if a consumer uses products that contain animal fats, and he generally avoids the use of bleach and hot water in the laundry process, he can still obtain the benefits of the principles I discussed above by performing a periodic "maintenance" cycle. This could be as simple as running the machine at its highest level with bleach and hot water. However, there are "washing machine cleaners" on the market that also appear designed to kill molds and break down and remove animal fats and other organic materials that may act as a substrate.

14. I have read plantiffs' motion for class certification, which suggests that water (and potentially substrate) may collect in the rubber gasket or "bellow," causing mold to grow. I have no knowledge if that is true. If it were, however, it seems to me that this could be prevented by simple routine maintenance, such as wiping the bellow dry, periodically cleaning the bellow to remove any collected organic matter, and perhaps leaving the washer door ajar to allow any

collected moisture to evaporate. Taking these actions would make the environment inhospitable to mold growth by removing the moisture and the substrate that could fuel the growth of mold.

## CONCLUSION

15. Whether a particular consumer experiences mildew-causing mold with his front-loading washing machine should depend on whether his placement, use, and maintenance of the washer has created an environment that is hospitable to mold growth. This will be a result of a number of individual factors, including what types of laundry products he uses, whether and how frequently he uses hot water and/or bleach, and what actions he takes to perform periodic maintenance on the machine. A particular consumer's geographic location may also be a factor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 14th day of January 2010.

_____
Michael C. Burns, Ph.D.

# EXHIBIT A

MICHAEL C. BURNS
4990 Annhurst Road
Columbus, OH 43228
(614) 878-4512

## CURRICULUM VITAE

Forty-two years experience in clinical, environmental and food microbiology. Additional experience in research, quality assurance problem solving, program development, teaching, and consulting. Also experience in various disciplines such as mechanical skills, business operation, and public relations. Past responsibilities include microbiological investigation with food, environmental, and clinical applications, instruction of college seniors in microbiology, private consulting as a food, environmental and clinical microbiologist, training of professional microbiologists, and continuing research.

Duties in laboratories include: supervision of microbiological work in performing all testing of food products, clinical, and environmental specimens.

Responsibilities have included Quality Assurance monitoring of all incoming raw materials with vendor auditing and testing method evaluation.

EDUCATION:

Ph.D., June 1982, Microbiology, The Ohio State University, Columbus, OH

M.Sc., Summer 1976, Microbiology, The Ohio State University, Columbus, OH

B.S., June 1967, Microbiology, The Ohio State University, Columbus, OH

Completion of seminars and workshops in areas of problem solving, management skills, quality assurance, environmental contamination, and inter-office relations.

PROFESSIONAL EXPERIENCE:

January 2001 to Present

    Benchmark Environmental Labs, Inc.
    Laboratory Director
1. Set up procedures in testing $H_2O$, clinical, food and environmental samples for fungal, Protozoan, viral, and bacterial pathogens, as well as insects and algae.
2. Responsible for quality assurance documentation including associated G.M.P., S.O.P., F.D.A., and C.D.C. compliance requirements.
3. Established procedures for O.S.H.A. compliance in laboratory safety.
4. Consultant for the F.B.I., local Police Departments, The Ohio Dept. of Natural Resources and The Ohio Dept. of Health.

December 1992 to January 2001

    Superior Laboratories
    Project Director
1. Initiated procedure in testing water, food and environmental samples for fungal, protozoan, algae, bacterial and viral pathogens.
2. Responsible for quality assurance documentation including associated G.M.P, S.O.P., F.D.A., and U.S.D.A. compliance requirements.
3. Established procedures for O.S.H.A. compliance in laboratory safety.
4. Developed procedures/documentation for food poisoning outbreaks and quality control in medical and dental offices.
5. Set up quality assurance procedures/documentation for food manufacturers, processors, and packagers to comply with FDA/USDA requirements.
6. Consultant for the F.B.I. and local Police Departments.

August 1991 to December 1992

    American Red Cross (Central Ohio Region)
    Chief of Infectious Disease Department
1. Responsible for quality assurance of blood product testing and release.
2. Supervise, organize and coordinate activities of the department in accordance with F.D.A. regulations.
3. Investigate all directives related to compliance with National Red Cross and F.D.A.
4. Performed training of personnel on all instrumentation and maintenance schedules.

Page 2

January 1991 to August 1991

    Lebensmittel Consulting

    Problem solving in food/clinical microbiology, program development, quality assurance and ingredient evaluation, environmental monitoring and research.

January 1987 to January 1991

    Ross Laboratories
    Project Leader in Vendor Quality Assurance

1. Responsible for new approvals of vendors with audits of their G.M.P., documents, manufacturing sites, and lab procedures.
2. Major Duties included resolving incoming material inspection deficiencies with vendors by examining test methods and documentation.
5. Material Control: Computerized material control system of incoming materials was monitored daily with reports and tracking of vendor status.
6. Special projects included establishing programs for aflatoxin assessment, antibiotic screening, air pallet/superbag conversion, development of a satisfactorily reliable sampling program, and monitoring Federal Regulations of food processors to assure compliance with Federal Laws.
7. Document monitoring duties included review of non-conforming materials, specifications, acceptance programs, and changes in these documents.
8. Helped to establish a program of vendor certification where testing of raw materials is reduced along with inventory reduction.

September 1984 to January 1987

    Ross Laboratories – Analytical Research and Development
    Microbiology Supervisor of Division Microbiology Laboratory

1. Raw material testing was routinely monitored plus all special tests that were required. Research was carried out on rapid sterility tests, pathogen screens, and other new product introductions. Environmental monitoring programs were established for a pilot plant and four production plants.
2. Audited and reviewed plant laboratory testing, documentation, and sampling of raw materials.
3. Support was supplied to Abbott International Immunology, and Product Research and Development in the investigation of new product introductions.
4. Supported the establishment of bulk material transport system for raw Materials.

5.   Other duties included responsibilities for training division laboratory, plant laboratory and pilot plant personnel in sampling and testing procedures. All new personnel in these laboratories were also trained in the same procedures.

July 1967 to 1984

Microbiology, Ohio Department of Health Division of Laboratories.
Employed as a certified and registered microbiologist in various laboratories.

1.   Microscopy Laboratory: Examination of slides of various sample Preparations including rabies, tuberculosis, diphtheria, gonorrhea, trichomonas, and other miscellaneous bacteria. Also dissected animal brain, prepared slides and diagnosed positive rabies cases.
2.   Enteric Laboratory: Prepared stains and media, isolated and identified bacteria cultures including Salmonella, Shigella, Escherichia, and other pathogens from stools and miscellaneous sources.
3.   Mycology Laboratory: Prepared media and stains, and performed identification of fungi, isolation and identification of saprophytic and pathogenic molds and yeast, including the diphasic fungi.
4.   Development and Investigation Laboratory: Participated in developing staphylococcal phage typing techniques, anaerobic bacteriological procedures, developed Mycoplasma and Ureaplasma identification system. Diagnosed leptospiral infections and tested foods for food poisoning outbreaks.
5.   Tuberculosis Laboratory: Prepared media, acid fast stains, fluorescent stains and set up rabies slides for fluorescent antibody testing.
6.   Special Microbiology Laboratory: Expanded and modernized staphylococcal phage typing procedures. Worked on anaerobic bacterial identification techniques and revamped Mycoplasma and Ureaplasma procedures.
7.   General Microbiology: Began development of gram positive bacterial identification procedures, improved staphylococcal phage typing techniques, and developed food microbiology testing procedures.

Prior to 1967

Summer and part-time employment while attending college in a variety of jobs including food preparation, warehousing, construction, home maintenance, landscaping, and restaurant service.

## PROFESSIONAL ORGANIZATIONS

American Society for Microbiology

Rho Tau Eta (Undergraduate Honorary)

American Society of Clinical Pathologist

Institute of Food Technologists

The National Registry of Microbiologists:

    Certified Microbiologist in General Microbiology, Pathogenic Bacteriology, Mycology, Medical Laboratory Microbiology, and Public Health Microbiology.

## PUBLICATIONS

Burns, M.C., 1976, "The Possible use of Gas-Liquid Chromatography in the Rapid Identification of Staphylococcus Aureus", M.S. Thesis, The Ohio State University.

Burns, M.C., 1977, "Trees on Campus Maps" P.10-13. In R.L. Stuckey, T.F. Stuessy, and J.N. Brunken, Local Flora Reference Manual, The Ohio State University.

Burns, M.C., E.R. Richter, M.S. Rheins and G.J. Banwart, 1982, "Identification Scheme for Gram Negative Fermentative and Non-Fermentative Bacteria." The Public Health Laboratory, V. 40, #4, p. 86-108.

Burns, M.C., 1982, "Differentiation of Biochemically Similar Bacteria by Gas-Liquid Chromatography." Ph.D. Dissertation, The Ohio State University.

Burns, M.C., E.R. Richter, M.s. Rheins, G.J. Banwart, 1982, "Gas-Liquid Chromatography Differentiation of Salmonella gallinarum and Salmonella pullorum." Journal of Food Protection, V. 45, p. 919-922.

Burns, M.C., E. R. Richter, M.s. Rheins G.J. Banwart, 1982, "A New Procedure for the Differentiation of Vibrio cholerae and non 01 Vibrio cholerae Recovered from Oysters". Journal of Food Protection, V. 45, p. 1002-3.

## PRESENTATION OF PAPERS

Burns, M.C. and Rheins, M.S., 1979, *"The Separation of Bacillus anthracis and Bacillus cereus by Gas Liquid Chromatography."* Annual A.S.M. Meeting, Los Angeles, California.

Burns, M.C., Richter, E.R., Rheins, M.S., and Banwart, G.J., 1980, *"The Gas-Liquid Chromatographic Differentiation of Escherichia coli and Enterobacter agglomerans."* Annual A.S.M. Meeting, Miami Beach, Florida.

Burns, M.C., Richter, E.R., Rheins, M.S., and Banwart, G.J., 1981, *"Gas-Liquid Chromatographic Differentiation Between Salmonella gallinarum and Salmonella pullorum."* Annual A.S.M. Meeting, Dallas, Texas.

Burns, M.C. and Rheins, M.S., 1981, *"The Identification of Bacillus species by Gas-Liquid Chromatographic Analysis."* Annual I.C.S.A.B.E.R. Meeting, Columbus, Ohio.

Burns, M.C., Richter, E.R., Rheins, M.S., and Banwart, G.J., 1982, *"A New Procedure for the Differentiation of Vibrio cholerae and non 01 Vibrio cholerae Recovered From Oysters."* Annual I.F.T. Meeting, Los Vegas, Nevada.

Burns, M.C., Richter, E.R., Banwart, G.J., and Rheins, M.S., 1983, *"Development of a New Method for Differentiating Bacillus species Isolated From Rice."* Annual I.F.T. Meeting, New Orleans, Louisiana.

Burns, M.C., Richter, E.R., Woleford, J., and Banwart, G.J., 1985, *"The Differentiation of Aerobic, Faculative, and Anaerobic Bacteria Grown in Similac by Gas Chromatography."* Annual I.F.T. Meeting, Atlanta, Georgia.

Burns, M.C. and Basel, R., 1985, *"The Propagation and Gas Chromatographic Differentiation of Food Related Bacteria Using B.B. Medium."* Annual I.F.T. Meeting, Atlanta, Georgia.

Burns, M.C., Kertez, J.A., and Hamerski, M., 1985, *"Field Trials of Arosure M.S.F. Alone and in Combination with B.T.I. for Mosquito Control."* Annual Meeting New Jersey Mosquito Control Association, Inc., Atlanta City, New Jersey.

Burns, M.C. and Pretzman, C., 1986, *"An Immunoassay For the Detection of Streptococcus pyogenes in Throat Specimens."* A.S.M. Annual Meeting, Washington, D.C.

## PROJECTS IN PROGRESS

1. Formulation of a defined medium for Gas-Liquid Chromatography. A cooperative project with R. Basel. (Lebensmittel Consulting, Inc.)

2. Permanent slide preservation of Mycology and Parasitology specimens.

3. Identification algorithms of Gram Positive Rods found in clinical and environmental specimens.

4. Simplified identification algorithms for Bacillus species found in environmental samples.

5. Cooperative research project with the C.D.C. on Stachybotrys species.

6. Identification algorithms of Gram Positive Cocci found in clinical and environmental specimens.

7. Isolation and identification of Bacillus species from farm ponds and recreational lakes.

8. Comparison of different animal sera in the coagulase test.

HOBBIES AND PERSONAL INTERESTS:

Reading, Collecting Stamps, Collecting Military Weapons, Studies in World History, Automotive Restoration, Horticulture, and Various Sports, such as Baseball, Tennis, Football, Basketball, and Target Shooting.

COMMITTEES:

Biosafety Committee for Division of Laboratories, The Ohio Department of Health.
Selection Committee for Rho Tau Eta (Undergraduate Honorary Fraternity)
Safety Committee for the Technical Center, Ross Laboratories
Safety Committee Chairman for Superior Laboratories
Safety Committee Chairman for Benchmark Environmental Labs