# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

---

MICHAEL TERRILL, ROBERT BROWN, )
MICHAEL VOGLER, PALECIA BOYD, )
AND DENISE PACK on behalf of )
themselves and all others similarly situated, )
                                                           ) CASE NO: CV108-030

     Plaintiffs, )
                     ) **DECLARATION OF CHRIS HILL**
v. )
)
ELECTROLUX HOME PRODUCTS, INC. )
d/b/a FRIGIDAIRE®, )
)
     Defendant. )

---

I, Chris Hill, declare as follows:

    1.    I am over 21 years old, of sound mind, and competent to testify. Except as otherwise stated, I have personal knowledge of the facts stated in this declaration. If called as a witness, I could testify to each of them.

    2.    I have reviewed plaintiffs' First Amended Class Action Complaint ("FAC") and the allegations set forth therein.

    3.    I am employed by Electrolux Major Appliances North America, a division of Electrolux Home Products, Inc. ("Electrolux" or "the Company"), as a Staff Engineer at Electrolux's Webster City, Iowa plant. I have been at the Webster City plant since 1989 and became a Staff Engineer in 2006. I am currently responsible for research and development for front load washing machines and matching dryers and have served as Project Leader for a number of new development projects for these products. Prior to becoming a Staff Engineer, I

was a Project Quality and Design Engineer for new product development, a Technical Design Administrator, and worked in the Quality and Manufacturing Services Departments.

4. Among other things, the Webster City plant manufactures washing machines and dryers under Electrolux brands such as Frigidaire, White-Westinghouse, and Gibson, including the front load washing machine models referenced by plaintiffs in their FAC: BTF2140E, BLTF2940E, FTF2140E, FWFB9100E, FWFB9200E, GLTF2940E, LTF2140E, and LTF2940E. The Webster City plant also ran the Testing and Evaluation Group, Consumer Science Group, and Reliability Laboratory for front load washing machines. The work performed on front load washers by the Feasibility Laboratory was also done in Webster City and outside of Electrolux's Georgia facility.

5. The Testing and Evaluation Group conducts in-house bench testing of washing machine component parts early on in the development process, and also performs some of the testing required by independent organizations, such as Underwriters Laboratories. The Consumer Science Group is responsible for wash performance testing, as well as for some of the testing required by independent organizations, such as Consumer Reports and the Association of Home Appliance Manufacturers. The Feasibility Laboratory tests washers for reliability while some components may still be in the prototype phase. The Reliability Laboratory tests washers for reliability later on in the development process, simulating real world use by consumers.

6. Front load washers manufactured at the Webster City plant were either shipped directly to retailers or to regional distribution centers for shipment to retailers. Product documentation for these washers, including user manuals, use and care guides, and associated product literature, was drafted primarily in Webster City.

7. Webster City personnel also have significant input in customer service issues. Customer e-mails are often forwarded to Webster City for guidance and resolution; and customer service calls are escalated to that plant. Electrolux's Technical Information Department, which provides technical information to independent service companies, is based in Webster City. In addition, the Electrolux service flash cited by plaintiffs and attached to their FAC was drafted primarily by Webster City personnel.

8. The front load washers were designed primarily at the Webster City plant, where final assembly occurred. The convoluted bellow referenced by plaintiffs in their FAC was also developed, manufactured, and warehoused outside of Electrolux's Georgia facility. Due to the splashing of water within the wash basket during a wash cycle, the bellow (or "boot") is necessary to provide a watertight seal between the door and the wash drum and between the wash drum and the outer tub without contributing to machine vibration. The bellow also helps prevent clothing from becoming trapped between the wash basket and the outer tub, and serves as a mounting point for other washing machine components.

9. During plaintiffs' proposed class period (March 2004 to March 2008), front load washers were equipped with one of two types of bellow: a bellow with convolutions or an "S" shaped bellow. As part of my investigation, I have been advised that of the approximately 1,336,008 Electrolux front load washers sold during this period, approximately 585,868 used a convoluted bellow. The remainder of the washers used an "S" shaped bellow, which was introduced on certain models in 2006 and subsequently phased into other models. Although Electrolux could use dates of manufacture to determine the bellow type for some machines, the only practical means to determine which bellow many washers used would be by physical investigation of the particular machine.

3

10. As part of my investigation, I have been advised that when consumers contacted Electrolux expressing concerns about mold, mildew, or odor in connection with the use of front load washers, Electrolux sought to assist them and provide appropriate advice.

11. As part of my investigation, I have been advised that depending on their precise concerns, some consumers were instructed to run a hot water wash using a recommended washing machine cleanser without any clothing and in accordance with the selected cleaning product's directions. After this initial "deep cleaning," some consumers were also advised of the need and methods to periodically maintain the washer. Where appropriate, Electrolux detailed how consumers should occasionally run an empty hot water cycle with bleach, and, if necessary, instructed some consumers to clean the bellow with a nonabrasive household cleanser.

12. As part of my investigation, I have been advised that some consumers were also instructed to take routine steps to prevent the accumulation of moisture. Electrolux advised to wipe the machine, including the bellow, down after each use, to not leave wet clothes standing after a wash, and to leave the washer door open if there were not small children in the household. In addition, Electrolux recommended to some customers who contacted the Company that they not use liquid detergents and fabric softeners that use vegetable or petroleum base oils and animal products that can be conducive to bacterial and fungal growth.

13. As part of my investigation, I have been advised that the majority of consumers who received periodic maintenance instructions never again contacted Electrolux to express mold, mildew, or odor concerns.

14. As part of my investigation, I have been advised that for some front load washer owners who expressed personal dissatisfaction with the periodic preventative maintenance recommendations, Electrolux requested that their washers be diagnosed by an authorized service

technician. In some instances, service technicians were unable to detect mold, mildew, or odor, or were unable to confirm its source. Not all service calls regarding mold, mildew, or odor involved the bellow.

15. As part of my investigation, I have been advised that when mold, mildew, or odor was diagnosed as related to the bellow, and depending on whether the machine was within the warranty period, Electrolux offered a replacement bellow or machine, or a rebate on a new washing machine. Depending on whether the machine was within the warranty period, Electrolux offered parts and labor free of charge. For machines outside of the warranty period, Electrolux, in limited circumstances, made goodwill concessions by nonetheless offering parts and/or labor at no cost to the consumer.

16. As part of my investigation, I have been advised that some, but not all, consumers purchased or accepted a replacement bellow. Electrolux reminded some consumers that, even with a replacement bellow, periodic routine maintenance remained important to prevent mold, mildew, or odor from recurring.

17. As part of my investigation, I have been advised that some, but not all, consumers accepted rebates toward the purchase of a new washer. The dollar amount of the rebates varied substantially. In very limited circumstances, Electrolux offered to extend the manufacturer's warranty.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 14th day of January 2010.

_____
Chris Hill

5