# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

MICHAEL TERRILL, on behalf of himself )
and all others similarly situated, )
)
Plaintiffs, ) CASE NO: CV108-030
)
v. )
) **DECLARATION OF**
) **DAVID FULLER**
ELECTROLUX HOME PRODUCTS, INC. )
d/b/a FRIGIDAIRE®, )
)
Defendant. )

I, David Fuller, declare as follows:

1. I am over 21 years old, of sound mind, and competent to testify. Except as otherwise stated, I have personal knowledge of the facts stated in this declaration. If called as a witness, I could testify to each of them.

2. I have reviewed Plaintiff's complaint and the allegations set forth therein.

3. I am employed by Electrolux Major Appliances North America, a division of Electrolux Home Products, Inc. ("Electrolux") as Plant Quality Leader of Electrolux's Webster City, IA plant. Among other things, the Webster City plant manufactures washing machines and dryers under Electrolux brands such as Frigidaire, White-Westinghouse, and Gibson. The plant produces over 2.3 million washers and dryers per year.

4. I have been at the Webster City plant since 1993, and I became Plant Quality Leader in 2005. I am responsible for the quality of the products produced at the facility, including customer issues, continuous improvement and supplier quality. The quality issues that I manage also include responsibility for Electrolux branded front load washing machines sold in

the U.S. (approximately 90% of Electrolux branded front load washing machines are sold under the Frigidaire brand).

5. Electrolux started manufacturing front load washing machines in Webster City in 1995. Electrolux branded washers are sold to, and resold by, numerous wholesale purchasers including nationwide retailers, regional retailers, local retailers, builders, contractors, and other distributors of Electrolux appliances. Electrolux does not sell washers directly to end-user consumers. Though Plaintiff specifically identifies one model of Frigidaire front load washer, Model GLTF2940E, Electrolux has manufactured a number of other Frigidaire front load washer models.

6. During the Plaintiff's proposed class period (March 2004 through March 2008) Electrolux sold and provided warranty coverage for approximately 1,336,008 Electrolux branded front load washing machines.

7. Not all of the Electrolux branded front load washers are identical. During the Plaintiff's proposed class period there was a design change for Frigidaire brand front load washers. In December 2004, Electrolux adopted a new platform for Frigidaire washers to incorporate a larger capacity wash basket (moving from a size of 3.1 cubic feet and marketed as the Alliance platform to a size of 3.5 cubic feet and marketed as the Next Level or Affinity platform). It also changed the bellows material and design to accommodate the larger wash basket. The bellows component is the folded flexible rubber assembly around the door opening, which keeps clothing, water, and detergent inside the basket during the tumbling wash and rinse cycles. The washer model that Plaintiff alleges he purchased has the new design.

8. Electrolux maintains service call records for Electrolux branded washers. Service calls occur when an appliance service technician is dispatched to a customer in response to a

customer's request to inspect, diagnose, and/or repair an appliance during the appliance's warranty period. Service call records reflect, among other things, information identifying the nature of and/or reason for the service call.

9. In limited exceptions, service calls may be made outside of the warranty period and paid for by Electrolux as a concession. There were only 75 concession service calls for mold, mildew or odor for Electrolux branded front load washers during Plaintiff's proposed class period.

10. In my regular job duties, I review service call rates, and Electrolux uses service call rates as a principal indicator to evaluate product quality.

11. Electrolux has determined that out of the approximately 1,336,008 Electrolux branded front load washers it sold during Plaintiff's proposed class period, only 1,106 (0.083%) have had service calls relating to mold, mildew or odor. In other words, approximately 99.917% of all such washers sold in the United States since March 2004 have never had a service call related to mold, mildew, or odor under their Electrolux warranty.

12. In addition to the service call information and claim data, Electrolux's Webster City plant also receives consumer e-mails submitted to frigidaire.com. As part of my investigation, I have been advised that during the past two years, Electrolux Webster City has received less than 100 e-mails concerning mold, mildew, or odor issues in front load washers. During the same period, Electrolux sold over 928,000 front load washers.

13. Electrolux branded front load washers were designed, developed, tested, and retested by Electrolux engineers over a period of several years before being sold to consumers.

14. Electrolux has conducted numerous tests, including fungal resistance testing and mold growth evaluation, during the design and development process as well as ongoing

-3-

validation testing during manufacturing to ensure that the Frigidaire washers are sufficiently operable. Testing on Electrolux branded washers is conducted in laboratories and in consumer use field tests. During the development of the bellows component for the washers, Electrolux worked with the North American Science Associates, Inc. (NAMSA) laboratory to evaluate bellows materials and response to biofilms. Those evaluations indicated that detected microorganism levels ranged from zero to no more than trace amounts.

15. Although it is impossible to design and manufacture mass-produced appliances so that no percentage of them will require repair during the life of the product, Electrolux's design, testing, and manufacturing procedures have ensured that for many years the vast majority of Electrolux branded front load washers have not experienced mold, mildew, or odor problems under typical consumer use conditions.

16. Electrolux issues its own manufacturer's warranty with each new washer that it sells to wholesale purchasers for resale to consumers. A true and correct copy of the warranty that the Plaintiff would have received with his washer is attached to this declaration as Exhibit A.

17. Consumers also have the option to purchase extended warranties for up to 3 years of extended warranty service coverage.

18. Electrolux neither owns nor operates its own service division. Electrolux pays independent service providers for service calls that are performed during a particular appliance's written warranty period. As a result, Electrolux receives service data only for in-warranty and concession calls by its independent service network.

19. Service call information for warranty claims is collected and processed by third-party provider ServiceBench. That information is input to Electrolux's Quality Evaluation

System along with product sold. Electrolux uses the Quality Evaluation System to store and analyze data concerning product issues.

20.  Based on the allegations in Plaintiff's complaint, Electrolux obtained service call records for all service calls involving complaints similar to Plaintiff's within the proposed class period. Electrolux was able to determine that there have been 1,106 service calls for 1,336,008 Electrolux branded front load washing machines relating to "mold," "mildew" or "odor" using the data from ServiceBench. The data analyzed was based on product sold from March 2004 to March 2008 and service call information from March 2004 through March 20, 2008. Consumer records were filtered to identify records containing keywords "mold," "mildew" or "odor." Odor may be over-inclusive since it is not limited to consumer-perceived mold or mildew odors. Thus, the analysis covers over 4 years of service call information for about 4 years of sold volume. The following table summarizes the related service data for mold, mildew, and odor related service calls. The count of keyword categories reflects the grouping of specific nature of the consumer's complaint contained in the records.

**ELECTROLUX BRANDED FRONT LOAD WASHER SERVICE CALL ANALYSIS**
Table Below: Claims with Consumer complaints containing keywords: Mold / Mildew / Odor
ServiceBench Claims Processed March 2004 through March 20, 2008 (4 years activity)

| Count of Keyword Category | Claim Type 2nd yr warr | 1st yr warr | 2nd-5th yr | store repairs | concession | svc contract | |
|---|---|---|---|---|---|---|---|
| Keyword Category | 02 | 04 | 05 | 07 | 11 | 13 | Grand Total |
| Mold | | 289 | | 2 | 38 | 21 | 351 |
| Mildew | | 98 | | | 103 | 2 | 112 |
| Odor (non-specific) | | 236 | | 2 | 15 | 6 | 259 |
| Mildew Smell/Odor | 1 | 140 | 1 | | 5 | 3 | 150 |
| Moldy Smell | | 132 | 1 | | 8 | 6 | 147 |
| Clothes odor | | 51 | | | | | 51 |
| Musty Moldy Odor | | 11 | | | | 2 | 13 |
| Mold Mildew Smell | | 9 | | | 1 | 1 | 11 |
| Odor: Cause, Pump Clog | | 5 | | | | 1 | 6 |
| Water Collects Concern | | 3 | | | | | 3 |
| Other: Mold/Odor, Dispenser | | 2 | | | | | 2 |
| Site Issue: Mildew on Wall | | 1 | | | | | 1 |
| Grand Total | 1 | 975 | 5 | 5 | 75 | 45 | 1106 |

- 5 -

21. There are a very small number of multiple service calls on the same unit among the 1,106 mold, mildew, and odor service calls attributed to the group of machines. A multiple call is defined as individual machines that experience more than one service call. There are approximately 33 units having multiple calls out of the 1,106 claims. Thus, the 0.083% service call rate for mold, mildew, or odor problems slightly overstates the actual rate.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 3rd day of July 2008.

*David Fuller* [signature]

David Fuller