IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| MICHAEL TERRILL, ROBERT BROWN, MICHAEL VOLGER, PALECIA BOYD, and DENISE PACK, on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>ELECTROLUX HOME PRODUCTS, INC., d/b/a FRIGIDAIRE® )<br><br>Defendant. ) | CASE NO. CV108-030 |

## PLAINTIFFS' NOTICE OF RECENT AUTHORITY

COME NOW Plaintiffs, through counsel, and notify the Court of a recent decision concerning class certification in the multi-district litigation involving front-loading washing machines manufactured by Whirlpool, which, like the front-loading washing machines involved in this case, are alleged to contain a design defect that causes the machines to accumulate mold, resulting in unpleasant odors and ruined laundry. *In re Whirlpool Corp. Front-Loading Washer Products Liability Litigation*, Case No. 1:08-WP-65000 (N.D.Ohio July 12, 2010) (copy attached as exhibit "A"). There, the United States District Court for the Northern District of Ohio certified three of four claims asserted by the plaintiffs to proceed as a class action under Fed. R. Civ. P. 23(b)(3), and in so doing, addressed several issues that are also presented in the motion for class certification that is now pending before this Court, including, *inter alia*: the breadth of the class, whether the claims satisfy Rule 23(a)'s typicality and adequacy of representation requirements, and whether the claims satisfy Rule 23(b)(3)'s predominance and superiority requirements.

Respectfully submitted on this the 15th day of July, 2010.

  /s/ Lee W. Brigham
Lee W. Brigham
State Bar No. 081698
Bell & Brigham
Post Office Box 1547
Augusta, Georgia 30903
706-722-2014
lee@bellbrigham.com

Mark J. Tamblyn (*pro hac vice*)
Ian J. Barlow (*pro hac vice*)
WEXLER WALLACE LLP
455 Capital Mall, Suite 231
Sacramento, California 95814
916-492-1100
mjt@wexlerwallace.com
ijb@wexlerwallace.com

Kenneth A. Wexler (*pro hac vice*)
WEXLER WALLACE LLP
West Monroe Street, Suite 3300
Chicago, Illinois 60603
312-346-2222
kaw@wtwlaw.com

Charles M. McCallum (*pro hac vice*)
R. Brent Irby (*pro hac vice*)
McCALLUM, HOAGLUND COOK
    & IRBY, LLP
905 Montgomery Highway, Suite 202
Vestavia Hills, Alabama 35216
205-824-7767

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on July 15, 2010, I electronically filed the foregoing **Notice of Recent Authority** with the Court's electronic filing system which will serve a copy of the pleading upon opposing counsel as follows:

Benjamin H. Brewton
TUCKER, EVERITT, LONG, BREWTON & LANIER
P.O. Box 2426
Augusta, Georgia  30903
bbrewton@thefirm453.com

John H. Beisner
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
john.beisner@skadden.com

J. Russell Jackson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
russell.jackson@skadden.com

                                        /s/ Lee W. Brigham
                                        Lee W. Brigham
                                        Attorney for Plaintiffs