IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| MICHAEL TERRILL, ROBERT BROWN, MICHAEL VOGLER, PALECIA BOYD, AND DENISE PACK on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ELECTROLUX HOME PRODUCTS, INC. d/b/a FRIGIDAIRE®, <br><br> Defendant. | CASE NO: CV108-030 |

**DEFENDANT'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO PLAINTIFF ROBERT BROWN'S UNJUST ENRICHMENT CLAIM**

Defendant Electrolux Home Products, Inc. ("Electrolux") respectfully moves for judgment on the pleadings with respect to the unjust enrichment claims of plaintiff Robert Brown. In support of this motion, Electrolux states as follows:

1. This Court has held that all of the named plaintiffs' unjust enrichment claims are governed by Georgia law. (*See* Order at 12, Dkt. No. 124.)

2. The Court has also held that under Georgia law, a party may only plead an equitable claim (such as unjust enrichment) "if one or more of the parties contests the existence of an express contract governing the subject matter of the dispute.'" (*Id.* at 33 (citation omitted).) In this case, the Court observed, "Electrolux concedes that the warranties are valid and govern plaintiffs' defect claims." (*Id.* (footnote omitted).) Moreover, "to the extent [p]laintiffs rely on

allegations of fraudulent or deceptive conduct, such allegations are properly brought under tort and consumer protection claims, not an unjust enrichment/quasi-contract claim." (*Id.* at 34.)

3.  Accordingly, the Court dismissed the unjust enrichment claims of plaintiffs Boyd, Pack, Terrill and Vogler.

4.  The Court did not dismiss the unjust enrichment claim of plaintiff Brown on the ground that Electrolux had not moved to dismiss that claim. At the time of its motion, however, Electrolux believed that California law applied to this claim and thus did not assert arguments under Georgia law.

5.  Because the Court has held that plaintiffs do not assert a viable claim for unjust enrichment under Georgia law, Mr. Brown's unjust enrichment claim must be dismissed as well.

WHEREFORE, Electrolux respectfully requests that the Court enter an order dismissing plaintiff Brown's unjust enrichment claims.

>   Respectfully submitted,
>
>   s/ J. Russell Jackson
>
>   SKADDEN, ARPS, SLATE MEAGHER
>     & FLOM LLP
>   John H. Beisner (*pro hac vice*)
>   1440 New York Avenue, N.W.
>   Washington, D.C. 20005
>   Telephone: (202) 371-7000
>   Facsimile: (202) 393-5760
>   Email: john.beisner@skadden.com
>
>   J. Russell Jackson (*pro hac vice*)
>   Four Times Square
>   New York, New York 10036
>   Telephone: (212) 735-3000
>   Facsimile: (212) 735-2000
>   Email: russell.jackson@skadden.com
>
>   and

Benjamin H. Brewton
State Bar No. 002530
Tucker, Everitt, Long, Brewton & Lanier
P.O. Box 2426
Augusta, GA  30903
Telephone:  (706) 722-0771
Email:  bbrewton@thefirm453.com

Attorneys for Defendant
Electrolux Home Products, Inc.