IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| MICHAEL TERRILL, ROBERT BROWN, MICHAEL VOGLER, PALECIA BOYD, and DENISE PACK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., d/b/a FRIGIDAIRE,<br><br>Defendant. | Case No: CV-108-030 |

**PLAINTIFFS' MOTION TO REVISE THE SCHEDULING ORDER PENDING RULING ON PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiffs respectfully move to revise the Court's June 19, 2009 Scheduling Order pending a ruling on Plaintiffs' anticipated renewed motion for class certification. In support of this motion, Plaintiffs state as follows:

1. On September 3, 2010, this Court entered an Order [Dkt. No. 124] granting in part and denying in part Electrolux's motion to dismiss [Dkt. No. 79], granting in part and denying in part Electrolux's motion to partially strike class allegations [Dkt. No. 87] and denying Plaintiffs' motion for class certification [Dkt. No. 97]. ("September 3, 2010 Order").

2. With respect to Plaintiffs' certification motion, the Court found there to be insufficient evidence regarding state-specific washing machine sales to establish numerosity. September 3, 2010 Order at 47-48. On that basis, the Court denied Plaintiffs' motion for class certification. *Id.*

3. Information relating to Electrolux's washing machine sales, even if approximate for purposes of numerosity, in Texas, Georgia and California is plainly within Electrolux's possession. Given Plaintiffs' duty to protect the interests of the putative state classes, Plaintiffs

1

served Electrolux with limited discovery requests on October 1, 2010 regarding the state-specific sales information. Upon receipt, by way of a renewed motion, Plaintiffs will then provide that information to the Court. Electrolux's responses to these requests are due on November 1, 2010.

4.  Plaintiffs will expeditiously file their renewed motion for class certification by November 14, 2010, two weeks after receiving Electrolux's responses to Plaintiffs' discovery requests. Plaintiffs' renewed motion for class certification will encompass only the remaining claims of Plaintiffs Michael Vogler, Palecia Boyd and Robert Brown and seek certification of statewide classes in Texas, Georgia and California.

5.  The Court's June 19, 2009 Scheduling Order was keyed to the Court's ruling on certification. It currently provides, for example, that Plaintiffs must furnish any expert witness report within sixty (60) days after a ruling on class certification and that Electrolux's expert report is due no later than ninety (90) days after a ruling on class certification.[1] However, those activities are more properly performed after the renewed motion is decided, just as the current Scheduling Order had envisioned with regard to the original certification motion. It is therefore necessary and appropriate that the Scheduling Order be revised to reflect the upcoming filing of the renewed motion to address numerosity.

7.  Based on the foregoing, and specifically the need for the Scheduling Order to account for renewed certification proceedings, Plaintiffs submit that good cause exists to revise the operative Scheduling Order. Failing to extend the Scheduling Order will significantly impair Plaintiffs' and the Court's ability to protect the interests of absent Class members and introduce significant inefficiency, and potential inconsistency, to the pre-trial schedule.

6.  On October 13, 2010, Plaintiffs' counsel attempted to confer with Electrolux's counsel by phone, but as of this writing had not yet received a return call.

---

[1] Plaintiffs' expert witness report is currently due by November 2, 2010 and Electrolux's expert report is due no later than December 2, 2010.

WHEREFORE, Plaintiffs respectfully move the Court to revise the Scheduling Order to adjust pre-trial deadlines in accordance with the Court's ruling on Plaintiffs' renewed motion for class certification.

Dated: October 18, 2010

Respectfully submitted,

**WEXLER WALLACE LLP**

s/ Mark J. Tamblyn
Mark J. Tamblyn (*pro hac vice*)

Ian J. Barlow (*pro hac vice*)
455 Capitol Mall, Suite 231
Sacramento, California  95814
Telephone:  (916) 492-1100
Facsimile:  (916) 492-1124

Kenneth A. Wexler (*pro hac vice*)
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois  60603
Telephone:  (312) 346-2222
Facsimile:  (312) 346-0022

R. Brent Irby (*pro hac vice*)
Charles A. McCallum, III (*pro hac vice*)
MCCALLUM, HOAGLUND, COOK & IRBY, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama  35216
Telephone:  (205) 824-7767
Facsimile:  (205) 824-7768

Lee W. Brigham (State Bar No. 081698)
BELL & BRIGHAM
457 Greene Street
Augusta, Georgia  30903
Telephone:  (706) 722-2014
Facsimile:  (706) 722-7552

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2010, I electronically filed the following documents:

**PLAINTIFFS' MOTION TO REVISE THE SCHEDULING ORDER PENDING RULING ON PLAINTIFFS' ANTICIPATED RENEWED MOTION FOR CLASS CERTIFICATION**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Benjamin H. Brewton
TUCKER, EVERITT, LONG, BREWTON & LANIER
Post Office Box 2426
Augusta, Georgia 30903
Telephone: (706) 722-0771

John H. Beisner
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000

J. Russell Jackson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000

                                                                         s/ Mark J. Tamblyn
                                                                         Mark J. Tamblyn (*pro hac vice*)
                                                                         WEXLER WALLACE LLP
                                                                         455 Capitol Mall, Suite 231
                                                                         Sacramento, California 95814
                                                                         Telephone: (916) 492-1100