IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| MICHAEL TERRILL, ROBERT BROWN, MICHAEL VOGLER, PALECIA BOYD, AND DENISE PACK on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> ELECTROLUX HOME PRODUCTS, INC. d/b/a FRIGIDAIRE®, <br><br> Defendant. | CASE NO: CV108-030 <br><br> **DEFENDANT'S CONSENT MOTION FOR ORDER GRANTING LEAVE OF COURT TO EXTEND BRIEFING SCHEDULE** |

**ORDER**

Defendant's Consent Motion for Order Granting Leave of Court To Extend Briefing Schedule having come before the Court, and the Court having duly considered same,

**IT IS HEREBY ORDERED** that: (1) Defendant's response to Plaintiffs' Motion for Leave To File a Renewed Motion for Class Certification ([Dkt. No. 141]) must be filed by January 7, 2011; and (2) Plaintiffs' reply to Defendant's response must be filed by January 21, 2011.

This 21 day of December, 2010.

_____
Honorable W. Leon Barfield  Lisa Wood
United States Magistrate Judge