# In the United States District Court
# for the Southern District of Georgia
# Augusta Division

| | | |
|---|---|---|
| MICHAEL TERRILL, ROBERT BROWN, MICHAEL VOGLER, PALECIA BOYD, and DENISE PACK on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC. d/b/a FRIGIDAIRE®,<br><br>Defendant. | * * * * * * * * * * * * | CV 108-030 |

## ORDER

Defendant moves for judgment on the pleadings with respect to the unjust enrichment claims of Plaintiff Robert Brown.[1] In response to the present motion, Plaintiff Brown filed a Notice of Non-Opposition, specifically disclaiming any opposition to Defendant's motion with respect to his unjust enrichment claim. Accordingly, Defendant's Motion for Judgment on the Pleadings is **GRANTED**.

---

[1] The Court has previously dismissed the unjust enrichment claims of Plaintiffs Boyd, Pack, Terrill, and Vogler. Order of Sept. 3, 2010, at 34, ECF No. 124. The Court found that Georgia law applied to the unjust enrichment claims, and dismissed the claims after analysis under Georgia law.

SO ORDERED, this 14 day of March, 2011.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA