IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ROBERT BROWN, MICHAEL VOGLER AND PALECIA BOYD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., d/b/a FRIGIDAIRE©,<br><br>Defendant. | Case No. CV108-030<br><br><br><br><br>Hon. Lisa Godbey Wood |

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff Palecia Boyd ("Plaintiff Boyd") and Defendant Electrolux Home Products, Inc. d/b/a Frigidaire© ("Defendant"), by and through their attorneys of record, hereby stipulate and agree that Plaintiff Boyd's claims, and only her claims, against Defendant are hereby dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each side to bear its own attorneys' fees and costs. Neither Plaintiff Boyd nor her attorneys have received compensation of any kind in return for this dismissal.

**SO STIPULATED.**

Dated: May 17, 2011                             **WEXLER WALLACE LLP**

                                                By: /s/ Mark J. Tamblyn
                                                    Mark J. Tamblyn

                                                Ian J. Barlow
                                                455 Capitol Mall, Suite 231
                                                Sacramento, California 95814
                                                Telephone: (916) 492-1100
                                                Facsimile: (916) 492-1124

Kenneth A. Wexler *(pro hac vice)*
**WEXLER WALLACE LLP**
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Lee W. Brigham
**BELL & BRIGHAM**
457 Greene Street
Post Office Box 1547
Augusta, Georgia 30903
Telephone: (706) 722-2014
Facsimile: (706) 722-7552

Charles A. McCallum, III *(pro hac vice)*
R. Brent Irby *(pro hac vice)*
**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205) 824-7767
Facsimile: (205) 824-7768

*Attorneys for Plaintiff Palecia Boyd*

Dated: May 17, 2011

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: /s/ J. Russell Jackson

J. Russell Jackson *(pro hac vice)*
4 Times Square
New York, NY 10036
Telephone: (212) 735-7839
Facsimile: (917) 777-7839
Email: russell.jackson@skadden.com

John H. Beisner *(pro hac vice)*
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7410
Facsimile: (202) 661-8301
Email: john.beisner@skadden.com

**TUCKER, EVERITT, LONG,
BREWTON & LANIER**
Benjamin Brewton (State Bar No. 002530)
P.O. Box 2426
Augusta, GA  30903
Telephone:  (706) 722-0771
Facsimile:  (706) 722-7028
Email:  bbrewton@thefirm453.com

*Attorneys for Defendant
Electrolux Home Products, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2011, I caused the foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which will send electronic notification to all registered counsel of record.

By: _____
Mark J. Tamblyn