IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ROBERT BROWN and MICHAEL VOGLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., d/b/a FRIGIDAIRE,<br><br>Defendant. | Case No: CV-108-030 |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE OF COURT TO SUPPLEMENT REPLY IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION WITH TABLES OF CONTENTS AND AUTHORITIES**

Plaintiffs Robert Brown and Michael Vogler ("Plaintiffs") respectfully move this Court for an Order granting Plaintiffs leave to supplement their Reply in Support of Plaintiffs' Renewed Motion for Class Certification ("Reply") [Dkt. No. 165] with a table of contents and table of authorities. In support of this motion, Plaintiffs state as follows:

1. Pursuant to this Court's Order of July 7, 2011 [Dkt. No. 155], Plaintiffs filed their Reply in Support of Plaintiffs' Renewed Motion for Class Certification [Dkt. No. 165] on September 14, 2011.

2. Due to technical problems in generating the tables from the Reply document, Plaintiffs could not simultaneously file the Reply's table of contents and table of authorities.

3. The Reply is 40 pages in length, includes several arguments and sub-arguments, and cites numerous cases and statutes. (*See* Order on Joint Motion for Leave to Exceed Page Limit, entered on August 23, 2011 [Dkt. No. 163].)

4. Supplementing the Reply with a table of contents and a table of authorities will facilitate its review by the Court and the Parties.

5. With the exception of the addition of the table of contents and table of authorities, the accompanying Reply is otherwise identical to that filed by Plaintiffs on September 14, 2011. [Dkt. No. 165].

6. Counsel for Plaintiffs has conferred with counsel for Electrolux Home Products, Inc. d/b/a Frigidaire ("Defendant"). Defendant does not oppose this motion, but has reserved the right to object to the content of the tables.

Dated: September 15, 2011                    Respectfully submitted,

**WEXLER WALLACE LLP**


_/s/ Mark J. Tamblyn_
Mark J. Tamblyn (*pro hac vice*)

Ian J. Barlow (*pro hac vice*)
455 Capitol Mall, Suite 231
Sacramento, California 95814
Telephone: (916) 492-1100
Facsimile: (916) 492-1124
Email: mjt@wexlerwallace.com
          ijb@wexlerwallace.com

R. Brent Irby (*pro hac vice*)
Charles A. McCallum, III (*pro hac vice*)
**MCCALLUM, HOAGLUND,
 COOK & IRBY, LLP**
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205) 824-7767
Facsimile: (205) 824-7768
Email: birby@mhcilaw.com
          cmccallum@mhcilaw.com

Lee W. Brigham
Georgia Bar No. 081698
**BELL & BRIGHAM**
457 Greene Street
Augusta, Georgia 30903
Telephone: (706) 722-2014
Facsimile: (706) 722-7552
Email: lee@bellbrigham.com

                    Kenneth A. Wexler (*pro hac vice*)
                    **WEXLER WALLACE LLP**
                    55 West Monroe Street, Suite 3300
                    Chicago, Illinois 60603
                    Telephone: (312) 346-2222
                    Facsimile: (312) 346-0022
                    Email: kaw@wexlerwallace.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel who are registered with the system.

                                                   */s/ Mark J. Tamblyn*
                                          Mark J. Tamblyn (*pro hac vice*)

                                          WEXLER WALLACE LLP
                                          455 Capitol Mall, Suite 231
                                          Sacramento, CA 95814
                                          Telephone:  (916) 492-1100
                                          Facsimile:  (916) 492-1124
                                          Email:  mjt@wexlerwallace.com