IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ROBERT BROWN and MICHAEL VOGLER, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., d/b/a FRIGIDAIRE,<br><br>      Defendant. | Case No: CV-108-030 |

## MOTION FOR LEAVE FOR WITHDRAWAL

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

  Pursuant to Southern District of Georgia Local Rule 83.7, attorneys for Plaintiffs Mark J. Tamblyn and Ian J. Barlow of the firm Wexler Wallace LLP hereby respectfully move for leave for withdrawal as attorneys of record in this matter, and state as follows:

  1. Effective December 31, 2011, Mr. Tamblyn and Mr. Barlow will no longer be associated with Wexler Wallace LLP.

  2. In accordance with Local Rule 83.7, Mr. Tamblyn and Mr. Barlow have notified the clients of their intent to withdraw as counsel, and the clients have expressly consented to the withdrawal. Copies of the notices are attached hereto as Exhibit 1.

  3. Mr. Tamblyn's and Mr. Barlow's withdrawal will not cause a delay in the prosecution or trial of this action because Kenneth A. Wexler of Wexler Wallace LLP, along with the firms McCallum Hoaglund Cook & Irby LLP and Bell & Brigham, will continue to represent Plaintiffs.

  4. In accordance with Local Rule 83.7, Mr. Tamblyn and Mr. Barlow have served the clients with a copy of this motion.

WHEREFORE, Mark J. Tamblyn and Ian J. Barlow respectfully request that this Court grant leave for their withdrawal from this action.

Dated: December 19, 2011

Respectfully submitted,

**WEXLER WALLACE LLP**

_/s/ Mark J. Tamblyn_
Mark J. Tamblyn (*pro hac vice*)

Ian J. Barlow (*pro hac vice*)
455 Capitol Mall, Suite 231
Sacramento, California 95814
Telephone: (916) 492-1100
Facsimile: (916) 492-1124
Email: mjt@wexlerwallace.com
         ijb@wexlerwallace.com

Kenneth A. Wexler (*pro hac vice*)
**WEXLER WALLACE LLP**
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
Email: kaw@wexlerwallace.com

R. Brent Irby (*pro hac vice*)
Charles A. McCallum, III (*pro hac vice*)
**MCCALLUM, HOAGLUND,**
 **COOK & IRBY, LLP**
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205) 824-7767
Facsimile: (205) 824-7768
Email: birby@mhcilaw.com
         cmccallum@mhcilaw.com

Lee W. Brigham
Georgia Bar No. 081698
**BELL & BRIGHAM**
457 Greene Street
Augusta, Georgia 30903
Telephone: (706) 722-2014
Facsimile: (706) 722-7552

# EXHIBIT 1

**WEXLER WALLACE** LLP
Chicago • Sacramento

Mark J. Tamblyn   916.492.1104
mjt@wexlerwallace.com

December 9, 2011

**VIA ELECTRONIC MAIL**

Michael Vogler
1511 Hawkwolf Creek
San Antonio, TX  78245
michael.vogler1@gmail.com

Re:   *Brown, et al. v. Electrolux Home Prods., Inc. d/b/a Frigidaire*
       Case No. CV108-030

Dear Mr. Vogler:

This confirms our conversation this morning in which you affirmed that you consent to the withdrawal of myself and Ian J. Barlow, of Wexler Wallace LLP, as your counsel in this matter. As you know, you will not be left unrepresented in any respect, since Wexler Wallace LLP and my partner, Kenneth A. Wexler, will continue to represent you in this matter. In addition, the offices of Bell & Brigham and McCallum Hoaglund Cook & Irby LLP will continue to represent you in this matter.

Please indicate your formal consent to our withdrawal by signing below and returning a signed copy of this letter to me by facsimile at (916) 492-1124 or by email (.pdf).

Best wishes, and thank you again for your courtesy.

Very truly yours,

Mark J. Tamblyn


I hereby consent to the withdrawal of Mark J. Tamblyn and Ian J. Barlow as my counsel in this matter.

_____
Michael Vogler

**WEXLER WALLACE LLP**
Chicago + Sacramento

Ian J. Barlow  916.492.1104
ijb@wexlerwallace.com

December 12, 2011

**VIA ELECTRONIC MAIL**

Robert Brown
3253 Armagosa Way
Jamul, CA 91935-3424
rtb8288@yahoo.com

Re: *Brown, et al. v. Electrolux Home Prods., Inc. d/b/a Frigidaire*
    Case No. CV108-030

Dear Robert:

This confirms our conversation this morning in which you affirmed that you consent to the withdrawal of myself and Mark J. Tamblyn, of Wexler Wallace LLP, as your counsel in this matter. As you know, you will not be left unrepresented in any respect, since Wexler Wallace LLP and my partner, Kenneth A. Wexler, will continue to represent you in this matter. In addition, the offices of Bell & Brigham and McCallum Hoaglund Cook & Irby LLP will continue to represent you in this matter.

Please indicate your formal consent to our withdrawal by signing below and returning a signed copy of this letter to me by facsimile at (916) 492-1124 or by email (*.pdf*).

Best wishes, and thank you again for your courtesy.

Very truly yours,

Ian J. Barlow

I hereby consent to the withdrawal of Mark J. Tamblyn and Ian J. Barlow as my counsel in this matter.

Robert Brown

455 Capitol Mall / Suite 231 / Sacramento, CA 95814-4409 / 916.492.1100 / Fax 916.492.1124 / www.wexlerwallace.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2011, I electronically filed the foregoing Motion for Leave for Withdrawal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel who are registered with the system.

I further certify that, pursuant to Local Rule 83.7, a copy of this motion was also sent by First Class Mail to Plaintiffs Michael Vogler and Robert Brown at the following addresses:

Mr. Michael Vogler
719 Cypress Cliff Drive
San Antonio, Texas 78245

Mr. Robert Brown
3253 Armagosa Way
Jamul, CA  91935-3424

                                                                   */s/ Mark J. Tamblyn*
                                                                 Mark J. Tamblyn (*pro hac vice*)

3