# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO.  **CV 108-30**  
TITLE    **Terrill v. Electrolux Home Products**  
DATE  **8/2/12**

TIMES  **10:05 - 11:22**  
TOTAL  **1 hr 17 min**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**  
Courtroom Deputy : **Elizabeth M. Nelson**  
Court Reporter : **Norma Hatfield**  
Interpreter :

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| John Bell | Ben Brewton | |
| Lee Brigham | John Beisner | |

PROCEEDINGS :  **Motions Hearing**          ☑ In Court  ☐ In Chambers

**Plaintiff 10:06 - 10:27**  
**Defense 10:27 - 11:07**  
**Plaintiff rebuttal 11:07 - 11:19**  
**Court will hold the record open for ten days to allow briefing.**  
**Plaintiff 11:20 - 11:22**