IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ROBERT BROWN and  )<br>MICHAEL VOLGER,  )<br>individually and on behalf of a  )<br>class of all others similarly situated,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>ELECTROLUX HOME PRODUCTS,  )<br>INC., d/b/a FRIGIDAIRE®  )<br>  )<br>Defendant.  )  | CASE NO. CV108-030 |

**PLAINTIFFS' NOTICE OF NEW AUTHORITY**

The United States District Court for the Central District of California recently certified several claims, including claims for breach of implied warranty and breach of California's Unfair Competition Laws, to proceed as a class action on behalf of a class of California residents who alleged that their front-loading washing machines suffered from design defects that resulted in a propensity to develop biofilm, mold, mildew, bacteria and foul odors. *Tait v. BSH Home Appliances Corp.*, — F.R.D. —, 2012 WL 6699247 (C.D. Cal. Dec. 20, 2012) (copy attached). The order demonstrates that the claims for violations of California law asserted by Plaintiff Robert Brown are appropriate for class certification and refutes Electrolux's contentions to the contrary.

Plaintiffs respectfully ask this Court to consider this decision in deciding their pending motion for class certification and respectfully submit that their motion should be granted for the reasons stated in the *Tait* opinion and for the reasons stated in their prior submissions.

Respectfully submitted on this the 28th day of December, 2012.

   /s/ Lee W. Brigham
Lee W. Brigham
Georgia Bar No. 081698
John C. Bell, Jr.
Georgia Bar No. 048600
Bell & Brigham
Post Office Box 1547
Augusta, Georgia 30903
706-722-2014
lee@bellbrigham.com
john@bellbrigham.com

Kenneth A. Wexler (*pro hac vice*)
Edward A. Wallace (*pro hac vice*)
Amy E. Keller (*pro hac vice*)
WEXLER WALLACE LLP
West Monroe Street, Suite 3300
Chicago, Illinois 60603
312-346-2222
kaw@wwlaw.com
eaw@wwlaw.com
aek@wwlaw.com

Charles M. McCallum (*pro hac vice*)
R. Brent Irby (*pro hac vice*)
McCALLUM, HOAGLUND COOK
& IRBY, LLP
905 Montgomery Highway, Suite 202
Vestavia Hills, Alabama 35216
205-824-7767
cmccallum@mhcilaw.com
birby@mhcilaw.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2012, I electronically filed the foregoing **Plaintiffs' Notice of New Authority** with the Court's electronic filing system which will serve a copy of the pleading upon opposing counsel as follows:

Benjamin H. Brewton
TUCKER, EVERITT, LONG, BREWTON & LANIER
P.O. Box 2426
Augusta, Georgia  30903
bbrewton@thefirm453.com

John H. Beisner
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
john.beisner@skadden.com

J. Russell Jackson
Peter D. Luneau
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
russell.jackson@skadden.com
peter.luneau@skadden.com

/s/ Lee W. Brigham
Lee W. Brigham
Attorney for Plaintiffs