# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

| | | |
|---|---|---|
| Scott L. Poff<br>Clerk of Court | OFFICE of the CLERK<br>P.O. Box 1130<br>AUGUSTA, GEORGIA 30903 | (706)849-4400 |

## NOTICE of FILING DEFICIENCY

To:  James Jackson  
Case: CV1:08-30

Date: 1/14/2013  
Party: Electrolux Home Products, Inc.

Your pleading, #190 Notice _____ ,

was filed on __01/14/13__ , however, is deficient in the area(s) checked below:

[ x ] No actions required (Informative Only)      or      [   ] Corrective Actions Required

(NOTE: "L.R." refers to the Local Rules, Southern District of Georgia)

- [ ] 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (L.R. 7.1.1)
- [ ] 2. Pleading is illegible or otherwise not in compliance with L.R. 10.1.
- [ ] 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)
- [ ] 4. Pleading is not signed. (L.R. 11.1 and Administrative Procedures)
- [ ] 5. No certificate of service or explanation why service is not required was submitted. (L.R. 5.1 and FRCP)
- [ ] 6. Motion is not in compliance with Local Rules.
  - [ ] a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
  - [ ] b. No good faith document was submitted. (L.R. 26.5)
  - [ ] c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
  - [ ] d. Separate proposed order was not e-mailed to appropriate proposed order address in either a WordPerfect or Word format. (Administrative Procedures)
- [ ] 7. Document was not filed electronically using CM/ECF. (Administrative Procedures)
- [ ] 8. Motion contained request for multiple reliefs but was not selected during electronic filing. (L.R. Policy)
- [ ] 9. Counsel should file a separate motion for each relief sought and not file a consolidated motion.
- [x] 10. Wrong event was selected. Response should have been selected.

After 14 days a notice of noncompliance will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact: _____  
Deputy Clerk