IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERT BROWN and MICHAEL VOGLER, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 108-030 |
| ELECTROLUX HOME PRODUCTS, INC., d/b/a FRIGIDAIRE®, | ) ) ) | |
| Defendant. | ) | |

_____

**O R D E R**
_____

The Court **GRANTS** Defendant's request to set a deadline of April 24, 2017, for

filing any motion(s) to exclude Plaintiffs' expert testimony. (Doc. no. 228.) Plaintiffs'

response(s) shall be filed in accordance with the Court's Local Rule 7.5.

SO ORDERED this 12th day of April, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA