IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERT BROWN, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 108-030 |
| ELECTROLUX HOME PRODUCTS, INC., d/b/a FRIGIDAIRE®, | ) ) ) | |
| Defendant. | ) ) | |

**O R D E R**
_____

As discussed with the Court in recent status conferences, the parties have been in the process of negotiating a nationwide class settlement that encompasses this case and a similar case in Florida. The parties report having reached agreement as to all material terms of the settlement and intend to file a motion for preliminary approval of the settlement with the Florida court by the end of September. (Doc. no. 261.) Because the settlement will dispose of this case, the parties request this case be stayed pending approval of the proposed settlement and closed for statistical reporting purposes.

Upon consideration, the Court **GRANTS** the Joint Motion to Stay Proceedings. The Court **STAYS** this case and **DIRECTS** the Clerk to administratively close the case for statistical reporting purposes. The parties shall file a joint status report concerning approval of the proposed settlement by **December 21, 2017**. Notwithstanding the administrative

closure, any party may, by written motion, seek to re-open this case to obtain the Court's approval of dismissal of this action, or any other necessary or appropriate relief.

SO ORDERED this 25th day of September, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA